**Chris MCCARTY Petitioner— Appellant,**

v.

**David SMITH Respondent—Appellee.**

No. 00–1803.

United States Court of Appeals, Sixth Circuit.

July 30, 2002.

Before RYAN and BOGGS, Circuit Judges; and HAYNES, District Judge.*

---

\* The Hon. William J. Haynes, Jr., U.S. District

Court for the Middle District of Tennessee,

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof.

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore **ORDERED** that said judgment be and it hereby is affirmed.